ACCEPTED
12-15-00227-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/29/2015 5:45:50 PM
Pam Estes
CLERK

CASE NO. 12-15-00227-CV

IN THE

TWELFTH COURT OF APPEALS

TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/29/2015 5:45:50 PM
PAM ESTES
Clerk

C. AUBREY SMITH and JAMES D. VANDEVENTER
    APPELLANTS

V.

A.B.S.H., LLC
    APPELLEE

---

### APPELLANTS' UNOPPOSED MOTION TO DISMISS APPEAL

COME NOW Appellants, C. AUBREY SMITH and JAMES D. VANDEVENTER, and voluntarily seek dismissal of this appeal pursuant to Tex. R. App. P. 42.1(a)(1), and in support of such motion would show the Court the following:

1. Appellants filed their Notice of Appeal on September 11, 2015. Appellee A.B.S.H., LLC ("Appellee"), did not file a notice of appeal or notice of cross-appeal.

2. On December 22, 2015 Appellants and Appellee executed a settlement agreement resolving all disputes between the parties. As part of such settlement, the parties agreed that Appellants would voluntarily dismiss this appeal with prejudice.

3.  In accordance with the parties agreement, Appellants respectfully request pursuant to Tex. R. App. P. 42.1(a)(1) that the Court dismiss this appeal with prejudice.

Respectfully submitted December 29, 2015

WILSON, ROBERTSON & CORNELIUS, P.C.
One American Center
909 ESE Loop 323, Suite 400 [01]
P.O. Box 7339
Tyler, Texas 75711-7339
Telephone:  903/509-5000
Telecopier:  903/509-5091


By:   */s/Matthew T. Milam*
       Matthew T. Milam
       State Bar No. 24065746
       mmilam@wilsonlawfirm.com
*Attorneys for Appellants C. Aubrey Smith and James D. VanDeventer*


## CERTIFICATE OF SERVICE

I hereby certify that pursuant to Rule 9.5, Texas Rules of Appellate Procedure, that a true and correct copy of the foregoing pleading was served upon all counsel electronically, through the electronic filing manager, on December 29, 2015.


*/s/ Matthew T. Milam*
MATTHEW T. MILAM

2